UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
DIANE F DURANCE-MELNICK

CASE NO. 05-47521-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DIANE F DURANCE-MELNICK<br>3729 WEST STREET<br>ANN ARBOR, MI 48103-0000<br>SSN: XXX-XX-9888 | N/A | N/A | DEBTOR REFUND | 1310933 | 10/22/10 | $ 8.02 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930        3390131
DETROIT, MICHIGAN 48231-1930

0547521 00000 07414 1310933
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/22/2010                                                                 Check No: 1310933
Payee: CLERK OF US BANKRUPTCY COURT

| 0547521 | DIANE F DURANCE-MELNICK | | | 8.02 | 0.00 | 8.02 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY          OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT        64-79        CHECK NO. 1310933
TRUSTEE                             P.O. BOX 31-1930                                   611
                                    Detroit, MI 48231-1930                                  SunTrust Bank
                                    (313)967-9857 FAX

FOR   DIANE F DURANCE-MELNICK                                                      DATE Oct 22, 2010
      BK:0547521  ACCT:
      PRIN:     8.02    INT:      0.00
                                                                                   AMOUNT
                                                                                   **********8.02

PAY  **8.02**                                                  THIS IS A POSITIVE PAY ACCOUNT
     Eight And 02 / 100 Dollars                                        TRUST ACCOUNT

                                                                    VOID OVER $8.02
TO    CLERK OF US BANKRUPTCY COURT                                  VOID 90 DAYS AFTER DATE
THE   % DAVID BOICE/ UNCLAIMED
ORDER 211 W FORT ST                                              *Tammy L. Terry*
OF    DETROIT, MI 48226                                             Chapter 13 Trustee

⑈1310933⑈ ⑆061100790⑆ 0000005751516⑈

IN THE MATTER OF:

DIANE F DURANCE-MELNICK

               Debtor

CASE NO. 05-47521-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**GOLD LANGE & MAJOROS PC
24901 NORTHWESTERN HWY #444
SOUTHFIELD, MI 48075**

**Last Known Address for Debtor:**

**DIANE F DURANCE-MELNICK
3729 WEST STREET
ANN ARBOR, MI 48103**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100